# UNITED STATES DISTRICT COURT
for the
**Eastern District of Kentucky**
**Frankfort Division**

| | | |
|---|---|---|
| Rikki Pinks | ) | |
|     *Plaintiff* | ) | |
| | ) | |
| v. | ) | Case No.   3:17-cv-00088-GFVT |
| | ) | |
| Cavalry SPV I, LLC | ) | |
|     *Defendant* | ) | |
| | ) | |

## NOTICE OF SETTLEMENT

Please take notice that Plaintiff, Rikki Pinks, formerly known as Rikki Slone, has reached a settlement with Defendant Cavarly SPV I, LLC. Once the settlement is final, the parties will file a joint dismissal with prejudice.

Respectfully submitted,

/s/ James H. Lawson
**James H. Lawson**
*Lawson at Law, PLLC*
115 S. Sherrin Avenue, Suite 5
Louisville, KY 40207
Tel: (502) 473-6525
Fax: (502) 473-6561
E-mail: james@kyconsumerlaw.com
*Counsel for Plaintiff*
*Rikki Pinks*

James R. McKenzie
*James R. McKenzie Attorney, PLLC*
115 S. Sherrin Avenue, Suite 5
Louisville, KY 40207
Tel: (502) 371-2179
Fax: (502) 257-7309
E-mail: jmckenzie@jmckenzielaw.com
*Counsel for Plaintiff*
*Rikki Pinks*

## **CERTIFICATE OF SERVICE**

      This is to certify that I filed the foregoing via the Court's CM/ECF system on this 13th day of November, 2017, which will send a Notice of Electronic Filing to all counsel of record. I also certify that I sent a copy of the foregoing via regular U.S. Mail, postage prepaid, to the following this 13th day of November, 2017:

Cavalry SPV I, LLC
c/o CT Corporation System
306 W. Main Street, Suite 512
Frankfort, KY 40601

                                        /s/ James H. Lawson
                                        *Counsel for Plaintiff*
                                        *Rikki Pinks*